IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CATHERINE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-15-1252-HE |
| ) | |
| PROGRESSIVE DIRECT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above-entitled cause, upon our oaths find as follows:

**(Complete either A or B but not both)**

A. __✓__ We find in favor of plaintiff Catherine Harris and against defendant Progressive Direct Insurance Company on the plaintiff's breach of contract claim and fix the amount of plaintiff's damages at $ 5,500.00.

**or**

B. _____ We find in favor of defendant Progressive Direct Insurance Company and against plaintiff Catherine Harris.

Dated this _____ day of October, 2016.

_____
FOREPERSON

Verdict Form - Page 1