### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CATHERINE HARRIS, | ) |
| Plaintiff, | ) |
| vs. | )   NO.  CIV-15-1252-HE |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury verdict returned on October 13, 2016, judgment is entered in favor of plaintiff Catherine Harris as to her breach of contract claim against defendant Progressive Direct Insurance Company in the amount of $5,500.00, together with accruing interest thereon as provided by law.

In accordance with the order entered on September 14, 2016, judgment is entered in favor of defendant Progressive Direct Insurance Company and against plaintiff Catherine Harris as to plaintiff's claim for breach of the duty of good faith and fair dealing.

**IT IS SO ORDERED**.

Dated this 18th day of October, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE